## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Kalifa M. Tate, | : | |
| Debtor. | : | Bankruptcy No.   18-11290-MDC |

# <u>O R D E R</u>

**AND NOW**, this 9th day of September 2021, it is hereby **ORDERED** that if Kalifa M.

Tate (the "Debtor") and NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Mortgagee") elect

to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor

and Mortgagee may do so without there being any violation of the bankruptcy stay, or the

provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the

Debtor shall (1) amend Schedules I and J to reflect any increase in monthly disposable income as

a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan

modification.

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

David M. Offen, Esquire
The Curtis Center
Suite 160 West
601 Walnut Street
Philadelphia, PA 19106

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912