```
        IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                :    CHAPTER 13
                         :
   Kalifa M Tate         :    No. 18-11290-MDC
          Debtor         :
                         :
```

### ORDER

AND NOW, this __27th__ day of __December__ 2021, upon consideration of the Notice/Praecipe to Convert the Chapter 13 case to a Chapter 7 case, it is hereby Ordered and Decreed that the Debtor's Chapter 13 case is converted to a case under Chapter 7.

It is further Ordered that the Debtor shall file any other required documents within 14 days of the entry of this Order.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

cc:

Kenneth E. West, Esquire, Trustee

David M. Offen, Esquire