United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11290-mdc |
| Kalifa M Tate | Chapter 7 |
| Kalifa M Tate | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 28, 2021 | Form ID: 210U | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kalifa M Tate, MAILING ADDRESS:, 409 Smee Road, Middletown, DE 19709-9939 |
| db | + | Kalifa M Tate, 5024 Hutchinson Street, Philadelphia, PA 19141-3917 |
| cr | + | New Penn Financial, LLC, et al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14063294 | + | Aes/m&t As Elt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14092805 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14063296 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14063298 | + | Apothaker & Associates, P.C., 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14063300 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14063308 | + | ERC, P.O. Box 51547, Jacksonville, FL 32240 |
| 14229363 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14063309 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14063310 | + | Infiniti Motor Accep, Pob 660366, Dallas, TX 75266-0366 |
| 14063312 | + | Jaquan Watson, 3237 W. Norris Street, Philadelphia, PA 19121-1716 |
| 14103350 | | New Penn Financial LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14623313 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14075237 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14063316 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14063317 | + | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14242958 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14063320 | + | Shakira Goodman, 409 Smee Road, Middletown, DE 19709-9939 |
| 14063321 | + | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14112216 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14063322 | + | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, PO Box 272410, Boca Raton, Fl 33427-2410 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 28 2021 23:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 28 2021 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 28 2021 23:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

Case 18-11290-mdc  Doc 62  Filed 12/30/21  Entered 12/31/21 00:28:34  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: 210U | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 23:21:00 | AmeriCredit Financial Services, Inc., PO Box 183853, Arlington, TX 76096 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 28 2021 23:21:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 28 2021 23:21:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097, UNITED STATES 30097-8461 |
| 14101354 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 23:21:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14063295 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 23:21:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14063299 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Dec 28 2021 23:21:00 | Bluegreen Corp, 4960 Conference Way N, Boca Raton, FL 33431 |
| 14063301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2021 23:30:58 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14063303 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 23:31:01 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 14063304 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 28 2021 23:21:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14063305 | | Email/Text: bankruptcy@credencerm.com | Dec 28 2021 23:21:00 | Credence Resource Management LLC, PO Box 2300, Southgate, MI 48195-4300 |
| 14063306 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 28 2021 23:30:55 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14063307 | | Email/Text: REV_Bankruptcy_General@state.de.us | Dec 28 2021 23:21:00 | Delaware Division of Revenue, P.O. Box 830, Wilmington, DE 19899-0830 |
| 14229363 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 28 2021 23:21:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14063311 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2021 23:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14101689 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 23:30:58 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14063313 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 28 2021 23:21:00 | Navy Fcu, 820 Follin Lane, Vienna, VA 22180-4907 |
| 14063314 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 28 2021 23:21:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14101237 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2021 23:30:58 | PYOD, LLC its successors and assigns as assignee, of Capital One, F.S.B., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14063318 | | Email/Text: Supportservices@receivablesperformance.com | Dec 28 2021 23:21:00 | Receivable Performance Management LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 14070227 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Dec 28 2021 23:31:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 7949-0949 |
| 14063319 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 28 2021 23:21:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14098603 | + | Email/Text: RASEBN@raslg.com | Dec 28 2021 23:21:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbott's Bridge Road, Suite 170, Duluth, Ga 30097-8461 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 28, 2021 | Form ID: 210U | Total Noticed: 48 |
| TOTAL: 25 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14111339 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14111340 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14111341 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14111342 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14111413 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14063297 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14063315 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14063302 | ##+ | Central Financial Control, 1500 S. Douglass Road, Anaheim, CA 92806-6912 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021                Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

**Name**             **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor New Penn Financial  LLC, et al. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com

DAVID M. OFFEN
    on behalf of Debtor Kalifa M Tate dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

GARY F. SEITZ
    gseitz@gsbblaw.com gfs@trustesolutions.net

REBECCA ANN SOLARZ
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 28, 2021 | Form ID: 210U | Total Noticed: 48 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kalifa M Tate                                    Case No: 18−11290−mdc

    Debtor(s)

___

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 12/28/21

For The Court

Timothy B. McGrath
Clerk of Court

59
Form 210U