# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## NOTICE TO DEBTORS, CREDITORS AND PARTIES IN INTEREST

Gary F. Seitz, the Chapter 7 trustee (the "Trustee") for the above-captioned case of the debtor (the "Debtor") hereby provides notice that the meeting of creditors in this case will be conducted remotely.

**All 341 meetings will be conducted remotely by Zoom video/teleconferencing.**

A Zoom email invitation will be sent out to counsel for the debtor on behalf of the Trustee providing a link to connect to the meeting and a call-in number and code if any party wishes to participate by telephone.

Creditors wishing to participate may obtain access to the meeting at the date and time set by the Clerk in the original notice or any docketed continuance or check the schedules listed at: https://www.paeb.uscourts.gov/content/341-meeting-schedule

Creditors may obtain access by clicking on the Meeting ID Link:
https://us02web.zoom.us/j/8197892947?pwd=ODM0VGo5aGhMS3E5SFJKOTJUaFk3Zz09
Use Meeting ID: 819 789 2947
from a computer or smartphone with audio visual capability
or by dialing the following number on any telephone: 1 646 558 8656 and using
Meeting ID: 819 789 2947.

If video users are asked to provide a password please use: Trustee
If telephone users are asked to provide a password please use: 6579294

If the debtor chooses to participate by telephone, please see the additional identification requirements at: https://sites.google.com/site/edpatrustee/covid-19-341-procedures?authuser=0

Government issued photo ids and social security cards are required.
For more information about the temporary handling of 341 meetings and what documentation must be provided to the Trustee beforehand, please check the trustee's web page at:
https://sites.google.com/site/edpatrustee/covid-19-341-procedures?authuser=0

All debtors must review the Bankruptcy Information Sheet prior to the meeting. It can be downloaded or viewed at: https://www.justice.gov/ust/bankruptcy-information-sheet-0

For more information about the temporary handling of 341 meetings, please check the trustee's web page at: https://sites.google.com/site/edpatrustee/covid-19-341-procedures?authuser=0

Gary F Seitz, As Chapter 7 Trustee
gseitz@gsbblaw.com
215 238 0011

To avoid continuation of the meeting due to concerns about identity, the debtor should plan on participating by video.

Guidelines for Meeting Attendees:

(1)     Zoom Name – so that the Trustee can identify and match debtors with counsel in the virtual waiting room  - names should include First and Last Name example:  "Charlie Brown".
       a) To rename yourself while in a meeting:
           i) Click "Participants"
           ii) Find yourself, hover over your name and click "More"
           iii) Choose "Rename" and change your name
(2)     If the debtor is participating by telephone, counsel should email the trustee with the phone number the debtor is calling from, and the name of debtor.  The debtor's photo ID and Social Security Card must be uploaded in advance.
(3)     To help keep background noise to a minimum, counsel should mute the microphone when not speaking.
(4)     Be mindful of background noise.  Move to a quiet location.
(5)     When microphones are not muted, avoid activities that could create additional noise, such as shuffling papers.
(6)     Position your camera properly.  Have it in a stable position and focused at eye level.
(7)     Focus on the meeting by turning off notifications or background devices, closing or minimizing running apps, and muting your smartphone.
(8)     Avoid multi-tasking.  Do not participate while driving.
(9)     Refrain from replying to emails or text messages during the meeting.
(10)    Government issued photo ids and social security cards are required of the debtor.  Prepare to have photo ID and Social Security Card in advance.
(11)    Have the petition, schedules and statement of financial affairs in front of the debtor before the meeting begins.
(12)    Only debtors and their counsel as well as creditors or interested parties will be allowed on the connection, i.e., no "moral support" or supplementary answers to be provided by friends or family.