United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kalifa M Tate  
Kalifa M Tate  
    Debtors

Case No. 18-11290-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Apr 01, 2022     Form ID: 318     Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kalifa M Tate, MAILING ADDRESS:, 409 Smee Road, Middletown, DE 19709-9939 |
| db | + | Kalifa M Tate, 5024 Hutchinson Street, Philadelphia, PA 19141-3917 |
| 14063294 | + | Aes/m&t As Elt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14063298 | + | Apothaker & Associates, P.C., 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14063300 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14063308 | + | ERC, P.O. Box 51547, Jacksonville, FL 32240 |
| 14063309 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14063310 | + | Infiniti Motor Accep, Pob 660366, Dallas, TX 75266-0366 |
| 14063312 | + | Jaquan Watson, 3237 W. Norris Street, Philadelphia, PA 19121-1716 |
| 14075237 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14063316 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14063317 | + | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14063320 | + | Shakira Goodman, 409 Smee Road, Middletown, DE 19709-9939 |
| 14112216 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14063322 | + | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, PO Box 272410, Boca Raton, Fl 33427-2410 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2022 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 02 2022 05:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2022 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 02 2022 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14101354 | | EDI: PHINAMERI.COM | Apr 02 2022 05:08:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14063295 | + | EDI: PHINAMERI.COM | Apr 02 2022 05:08:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14092805 | | Email/PDF: bncnotices@becket-lee.com | Apr 02 2022 01:13:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 18-11290-mdc    Doc 69    Filed 04/03/22    Entered 04/04/22 00:34:39    Desc Imaged
                                  Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: 318 | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14063296 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2022 01:13:34 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14063299 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Apr 02 2022 01:09:00 | Bluegreen Corp, 4960 Conference Way N, Boca Raton, FL 33431 |
| 14063301 | + | EDI: CAPITALONE.COM | Apr 02 2022 05:08:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14063303 | + | EDI: CITICORP.COM | Apr 02 2022 05:08:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, St. Louis, MO 63179-0040 |
| 14063304 | + | EDI: CONVERGENT.COM | Apr 02 2022 05:08:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14063305 | | Email/Text: bankruptcy@credencerm.com | Apr 02 2022 01:09:00 | Credence Resource Management LLC, PO Box 2300, Southgate, MI 48195-4300 |
| 14063306 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2022 01:13:27 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14063307 | | Email/Text: REV_Bankruptcy_General@state.de.us | Apr 02 2022 01:09:00 | Delaware Division of Revenue, P.O. Box 830, Wilmington, DE 19899-0830 |
| 14229363 | | EDI: ECMC.COM | Apr 02 2022 05:08:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14063309 | + | Email/Text: bncnotifications@pheaa.org | Apr 02 2022 01:09:00 | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14063311 | + | EDI: IRS.COM | Apr 02 2022 05:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14101689 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:31 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14063313 | + | EDI: NFCU.COM | Apr 02 2022 05:08:00 | Navy Fcu, 820 Follin Lane, Vienna, VA 22180-4907 |
| 14063314 | + | EDI: NFCU.COM | Apr 02 2022 05:08:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14103350 | | Email/Text: mtgbk@shellpointmtg.com | Apr 02 2022 01:09:00 | New Penn Financial LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14075237 | + | Email/Text: bncnotifications@pheaa.org | Apr 02 2022 01:09:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14101237 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2022 01:13:27 | PYOD, LLC its successors and assigns as assignee, of Capital One, F.S.B., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14063318 | | Email/Text: Supportservices@receivablesperformance.com | Apr 02 2022 01:09:00 | Receivable Performance Management LLC, PO Box 1548, Lynnwood, WA 98046-1548 |
| 14070227 | | EDI: AISSPRINT | Apr 02 2022 05:08:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 7949-0949 |
| 14063319 | + | EDI: DRIV.COM | Apr 02 2022 05:08:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14063321 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 02 2022 01:09:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14112216 | | Email/Text: bncnotifications@pheaa.org | Apr 02 2022 01:09:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14098603 | + | Email/Text: RASEBN@raslg.com | Apr 02 2022 01:09:00 | USAA Federal Savings Bank, c/o Robertson, |

Case 18-11290-mdc  Doc 69  Filed 04/03/22  Entered 04/04/22 00:34:39  Desc Imaged
Certificate of Notice  Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 01, 2022 | Form ID: 318 | Total Noticed: 41 |

Anschutz, Schneid, Crane, 10700 Abbott's Bridge Road, Suite 170, Duluth, Ga 30097-8461

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14111339 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14111340 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14111341 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14111342 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14063297 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14063315 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14063302 | ##+ | Central Financial Control, 1500 S. Douglass Road, Anaheim, CA 92806-6912 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2022            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor New Penn Financial  LLC, et al. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Kalifa M Tate dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| KENNETH E. WEST | |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 01, 2022 | Form ID: 318 | Total Noticed: 41

    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kalifa M Tate | Social Security number or ITIN   xxx–xx–5218 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kalifa M Tate | Social Security number or ITIN   xxx–xx–5218 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   18–11290–mdc

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kalifa M Tate
aka Kalifa Pue

Kalifa M Tate

<u>4/1/22</u>

**By the court:**   <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**